# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| SILAS ERIC MCDANIEL,<br>*Plaintiff,*<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>*Defendant.* | CIVIL ACTION NO. 6:13-cv-00055<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 13 and 15), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 21, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on February 10, 2015, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 13) be denied, and the Commissioner's Motion for Summary Judgment (docket no. 15) be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of February 10, 2015 (docket no. 21), is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 13) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (docket no. 15) is hereby **GRANTED**; and

4. This case is hereby **DISMISSED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this   3rd   day of March, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE